UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
MEDMARC CASUALTY INSURANCE COMPANY,   :
:
                Plaintiff,     :
:
  -v-                                       :
:
CLARK & GENRTY, PLLC *et al.*,              :
:
                Defendants.   :
------------------------------------------------------------------- X    21 Civ. 7224 (JPC)
:
CELIA CLARK *et al.*,                       :    ORDER
:
                Third-Party Plaintiffs,   :
:
  -v-                                       :
:
ROBERT HOMER *et al.*,                      :
:
                Third-Party Defendants.   :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      The parties have an Initial Pretrial Conference ("IPTC") scheduled on January 4, 2022 at 9:30 a.m. *See* Dkt. 18. On December 28, 2021, Defendants Celia R. Clark, Edgar C. Gentry, Law Offices of Celia R. Clark, PLLC, and Clark & Gentry, PLLC ("Defendants/Third-Party Plaintiffs") filed a third-party complaint against Robert Homer, Murray, Schoen & Homer, Inc., and BNC Insurance Agency ("Third-Party Defendants"). Accordingly, it is hereby ORDERED that the IPTC scheduled in this action is adjourned to February 1, 2022 at 9:30 a.m. in order to permit Defendants/Third-Party Plaintiffs to serve the third-party complaint on the Third-Party Defendants. It is further ORDERED that the parties shall submit their proposed case management plan and joint status letter, *see* Dkt. 14, by January 25, 2022.

At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261.

SO ORDERED.

Dated: December 28, 2021
New York, New York

_____
JOHN P. CRONAN
United States District Judge