```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
MEDMARC CASUALTY INSURANCE COMPANY,                                    :
                                                                       :
                                Plaintiff,                             :
                                                                       :
        -v-                                                            :
                                                                       :
CLARK & GENRTY, PLLC et al.,                                           :
                                                                       :
                                Defendants.                            :
----------------------------------------------------------------- X         21 Civ. 7224 (JPC)
                                                                       :
CELIA CLARK et al.,                                                    :         ORDER
                                                                       :
                        Third-Party Plaintiffs,                        :
                                                                       :
        -v-                                                            :
                                                                       :
ROBERT HOMER et al.,                                                   :
                                                                       :
                        Third-Party Defendants.                        :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The Court scheduled a conference for March 15, 2022, at 2:30 p.m. to discuss the status of the insurance coverage issue for the Third-Party Defendants. It is hereby ORDERED that, by March 11, 2022, the parties shall submit a joint letter advising the Court regarding the status of the insurance coverage issue and whether the parties believe that the March 15, 2022 conference is still necessary.

SO ORDERED.

Dated: March 9, 2022
       New York, New York

                                              JOHN P. CRONAN
                                    United States District Judge